In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND JUDICIAL DISTRICT.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, Bernard J. Ferguson, a practicing lawyer residing in Queens

County, New York, is hereby appointed a member of the Committee on Character and Fitness of applicants for admission to the Bar in and for the Second Judicial District, in place of Joseph P. Rudden, deceased, to serve on such committee during the pleasure of the court; such appointment to take effect May 15, 1948. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.